# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL ANGEL RAMIREZ,
                      Appellant,
            vs.
THE STATE OF NEVADA,
                      Respondent.

No. 82182

**FILED**

JAN 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the decision of the Nevada Board of Parole Commissioner's, [sic] for a rehearing of revocation held on October 1, 2020." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a decision of the Nevada Board of Parole Commissioners to revoke parole. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Further, it appears from the district court minute and docket entries that the district court did not preside over a parole revocation proceeding or render a decision resolving a parole revocation matter. Accordingly this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.          _____, J.
Pickering                                        Herndon

21-00531

cc: Hon. Kathleen E. Delaney, District Judge
Miguel Angel Ramirez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk